## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **MARK F. GUIMOND and KALLIE A. GUIMOND, on behalf of themselves and others similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | **C.A. No. 3:12-cv-00606-JAG** |
| **TOYOTA MOTOR CREDIT CORPORATION,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of RYAN J. ROSNER as counsel in this case for the defendant, TOYOTA MOTOR CREDIT CORPORATION.  I hereby certify that I am admitted to practice in this Court.

Respectfully submitted:

____/s/_____
Ryan Jennifer Rosner, VSB No. 82586
Sheppard Mullin Richter &
 Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005-3314
Tel. (202) 469-4939
Fax (202) 218-0020
rrosner@sheppardmullin.com

Counsel for Defendant
Toyota Motor Credit Corporation

Dated: September 19, 2012

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 19, 2012, I electronically filed a true and correct copy of the

foregoing Notice of Appearance with the Court using the CM/ECF system, which will cause the

following CM/ECF participants to be served with the foregoing documents:

**Leonard Anthony Bennett**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net

**Thomas Ray Breeden**
Thomas R. Breeden PC
10326 Lomond Drive
Manassas, VA 20109
703-361-9277
Fax: 703-257-2259
Email: trb@tbreedenlaw.com

*Counsel for Plaintiffs*
*Mark F. Guimond and Kallie A. Guimond*

          /s/
Ryan Jennifer Rosner, VSB No. 82586