# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARK F. GUIMOND and KALLIE A. GUIMOND, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>Defendant. | C.A. No. 3:12-cv-00606-JAG |

**CONSENT ORDER GRANTING AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

This matter having come before the Court on the Consent Motion of Toyota Motor Credit Corporation ("TMCC") for an extension of time to respond to the complaint ("Complaint") filed by plaintiffs Mark G. Guimond and Kallie A. Guimond (collectively, "Plaintiffs"), and the Court having considered TMCC's grounds therefor and Plaintiffs' consent thereto, it is hereby:

**ORDERED** that TMCC's Consent Motion for an Extension of Time to Respond to Plaintiffs' Complaint is **GRANTED**, and the Court shall deem TMCC's response to the Complaint filed on or before Monday October 29, 2012 to be timely.

**IT IS SO ORDERED.**

Entered this _____ day of September, 2012.

_____
Judge John A. Gibney, Jr
United States District Court Judge

SMRH:406726641.1

-2-

REQUESTED BY:

_____  Dated: September 19, 2012
Ryan Jennifer Rosner, VSB No. 82586
SHEPPARD MULLIN RICHTER &
 HAMPTON LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005-3314
Tel. (202) 469-4939
Fax (202) 218-0020
rrosner@sheppardmullin.com

*Counsel for Defendant*
*Toyota Motor Credit Corporation*


_____  Dated: September 19, 2012
Susan M. Rotkis, VSB No. 40693
Leonard Anthony Bennett. VSB No. 37623
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
Tel: 757-930-3660
Fax: 757-930-3662
lenbennett@cox.net
*Counsel for Plaintiffs*
*Mark F. Guimond and Kallie A Guimond*