UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **MARK F. GUIMOND and KALLIE A. GUIMOND, on behalf of themselves and others similarly situated,**<br><br>                  **Plaintiffs,**<br><br>                  **v.**<br><br>**TOYOTA MOTOR CREDIT CORPORATION,**<br><br>                  **Defendant.** | C.A. No. 3:12-cv-00606-JAG |

**DEFENDANT TOYOTA MOTOR CREDIT CORPORATION'S**
**FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1, defendant Toyota Motor Credit Corporation ("TMCC") hereby states that TMCC is wholly owned by Toyota Financial Services Americas Corporation ("TFSA"), which is wholly owned by Toyota Financial Services Corporation, which is wholly owned by Toyota Motor Corporation ("TMC"). Of TMCC's parents, affiliates, and direct and indirect subsidiaries,[1] the only entities that have issued stock or debt securities to the public are TMC, Toyota Services de Venezuela, C.A. ("TSV"), Toyota Financial Services Mexico, S.A. de C.V. ("TFSMX"), and Toyota Compania Financiera de Argentina S.A. ("TCFA").[2]

---

[1] TMC, the Japanese parent corporation, has 262 Japanese subsidiaries and 245 overseas subsidiaries. The affiliates and direct and indirect subsidiaries covered by this statement consist of only those entities that are directly or indirectly owned by TFSA.

[2] The offerings of TSV, TFSMX, and TCFA are only on local stock exchanges, not a U.S. stock exchange.

Respectfully submitted:

   /s/ *Ryan Jennifer Rosner*
Ryan Jennifer Rosner, VSB No. 82586
SHEPPARD MULLIN RICHTER &
  HAMPTON LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005-3314
Tel. (202) 469-4939
Fax (202) 218-0020
rrosner@sheppardmullin.com

*Counsel for Defendant*
*Toyota Motor Credit Corporation*

Dated: September 19, 2012

OF COUNSEL:

Christopher Loveland
SHEPPARD MULLIN RICHTER &
  HAMPTON LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005-3314
Tel. (202) 469-4939
Fax (202) 218-0020
cloveland@sheppardmullin.com

Anna S. McLean
Lai L. Yip
SHEPPARD MULLIN RICHTER &
  HAMPTON LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
Email: amclean@sheppardmullin.com
       lyip@sheppardmullin.com

## **CERTIFICATE OF SERVICE**

I certify that on September 19, 2012, I electronically filed a true and correct copy of the foregoing Financial Disclosure Statement with the Court using the CM/ECF system, which will cause the following CM/ECF participants to be served with the foregoing documents:

**Leonard Anthony Bennett**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net

**Thomas Ray Breeden**
Thomas R. Breeden PC
10326 Lomond Drive
Manassas, VA 20109
703-361-9277
Fax: 703-257-2259
Email: trb@tbreedenlaw.com

*Counsel for Plaintiffs*
*Mark F. Guimond and Kallie A. Guimond*

                                                            /s/ *Ryan Jennifer Rosner*
                                                          Ryan Jennifer Rosner, VSB No. 82586