UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARK F. GUIMOND and KALLIE A. GUIMOND, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>Defendant. | C.A. No. 3:12-cv-00606-JAG |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
DEFENDANT TOYOTA MOTOR CREDIT CORPORATION'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Toyota Motor Credit Corporation ("TMCC") respectfully requests that, pursuant to Federal Rule of Evidence 201(b)(2) and (c)(2), the Court take judicial notice of the following legislative history attached as Exhibits 1 and 2, on the ground that legislative history is a matter of public record of which this Court may take judicial notice. *See Hinton v. Trans Union, LLC*, 654 F. Supp. 2d 440, 442 n.2 (E.D. Va. 2009) ("[I]t is well-settled that in ruling on a motion to dismiss, a court 'may properly take judicial notice of matters of public record.'" (citation omitted)); *see also Philips v. Pitt County Mem'l Hosp.*, 572 F.3d 176, 180 (4th Cir. 2009) ("In reviewing a Rule 12(b)(6) dismissal, we may properly take judicial notice of matters of public record."); *Terr. of Alaska v. Am. Can Co.*, 358 U.S. 224, 226-27 (1959) ("We are reinforced in this conclusion by the legislative history of the bill that became the repealing Act, a history of which we take judicial notice."). The Court may thus properly take judicial notice of Exhibit 1 and 2, as follows:

| | |
|---|---|
| Exhibit 1 | Equal Credit Opportunity Act Amendments & Consumer Leasing Act 1975, Hearings on S. 483, S. 1900, S. 1927, S. 1961, & H.R. 5616, S. Subcomm. on Consumer Affairs of the Comm. on Banking, Hous. & Urban Affairs, 94th Cong. 274 (statement of Forrest D. Jones on behalf of the Am. Bankers Assoc.) (1975) |
| Exhibit 2 | 122 Cong. Rec. S1912 (1976) (statement of Sen. Biden) |

Attached as Exhibit 3 is the Declaration of Maria A. Sanders, Legislative Intent Service, Inc., attesting that attached Exhibits 1 and 2, listed as Exhibit B(15) and Exhibit A(6)(f), respectively, in the attached Declaration, are true and correct copies of the originals.

                                                                           Respectfully submitted:

                                                                             /s/ *Ryan Jennifer Rosner*
                                                      Ryan Jennifer Rosner, VSB No. 82586
                                                      SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                                      1300 I Street, N.W., 11th Floor East
                                                      Washington, D.C. 20005-3314
                                                      Tel. (202) 469-4939
                                                      Fax (202) 218-0020
                                                      rrosner@sheppardmullin.com

Dated: October 26, 2012                            *Counsel for Defendant*
                                                      *Toyota Motor Credit Corporation*

OF COUNSEL:

Christopher Loveland, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005-3314
Telephone (202) 469-4939
Facsimile (202) 218-0020
cloveland@sheppardmullin.com

Anna S. McLean, admitted *pro hac vice*
Lai L. Yip, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
amclean@sheppardmullin.com
lyip@sheppardmullin.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1 A
Newport News, VA 23601
Phone: 757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net

Thomas Ray Breeden
Thomas R. Breeden PC
10326 Lomond Drive
Manassas, VA 20109
Phone: 703-361-9277
Fax: 703-257-2259
Email: trb@tbreedenlaw.com

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1 A
Newport News, VA 23601
Phone: 757-930-3660
Fax: 757-930-3662
Email: srotkis@clalegal.com

*Counsel for Plaintiffs*
*Mark F. Guimond and Kallie A. Guimond*

                                              Respectfully submitted:

                                              _/s/ *Ryan Jennifer Rosner*_
                                              Ryan Jennifer Rosner, VSB No. 82586
                                              SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                              1300 I Street, N.W., 11th Floor East
                                              Washington, D.C. 20005-3314
                                              Tel. (202) 469-4939

|  |  |
|---|---|
|  | Fax (202) 218-0020<br>rrosner@sheppardmullin.com |
| Dated: October 26, 2012 | *Counsel for Defendant*<br>*Toyota Motor Credit Corporation* |