IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MARK F. GUIMOND, *ET AL.*,

    Plaintiffs,

v.                                                         Civil Case No. 3:12cv606

TOYOTA MOTOR CREDIT CORPORATION,

    Defendant.

## ORDER

    It is hereby ORDERED that the plaintiffs shall have ten (10) days from the date of this Order to file an Amended Complaint. Upon filing of the Amended Complaint, the defendant shall have twenty-one (21) days either to withdraw, amend, or let stand its existing motion to dismiss. The defendant must notify the Court of its decision by filing either an amended pleading, a motion to withdraw, or a notice that it wishes to proceed with its current motion to dismiss and supporting memorandum. The motion shall follow the normal briefing schedule set out in the Local Rules, unless the parties file a motion for extension of time to respond/reply.

    The consent motion for an extended briefing schedule on the motion to dismiss is hereby DENIED AS MOOT. (Dk. No. 19.)

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: November 27, 2012
Richmond, VA