UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division



**MARK F. GUIMOND,**
**KALLIE A. GUIMOND,**
*on their own behalf and*
*on behalf of all others similarly situated,*

**Plaintiffs,**

v.

CIVIL NO. 3:12-cv-00606-JAG

**TOYOTA MOTOR CREDIT CORPORATION,**

**Defendant.**

ORDER

THIS DAY CAME the Plaintiffs, MARK F. GUIMOND, KALLIE A. GUIMOND, on their own behalf and on behalf of all others similarly situated, upon Plaintiffs' Motion for an Enlargement in which to file their Opposition to Defendant's Motion to Dismiss Amended Complaint.

UPON CONSIDERATION, the Court hereby GRANTS Plaintiffs' Motion for an Enlargement to file their Opposition to Defendant's Motion to Dismiss Amended Complaint and shall file same by January 9, 2013.

ENTERED this 28th day of December, 20 12.

/s/
John A. Gibney, Jr.
United States District Judge
JUDGE